## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:  MOHAMED E. HASSAN and,
MIRIAM A. HASSAN,

      Debtors,

_____

MOHAMED E. HASSAN and,
MIRIAM A. HASSAN,

      Plaintiffs,

v.

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE FOR RALI2006QA7,
GMAC MORTGAGE, LLC, and
ETS OF VIRGINIA, INC, as Substitute Trustee,

      Defendants.

_____

Case No. 10-19957-RGM

Chapter 13

APN: 11-01002-RGM


### FIRST APPLICATION OF SCOTT ALAN WEIBLE, P.L.L.C.
### FOR SUPPLEMENTAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

      **COMES NOW**, Scott Alan Weible, P.L.L.C., by Scott Alan Weible, Esquire

("Applicant"), counsel for Debtors herein, and pursuant to 11 U.S.C. § 330(a) and § 503(b)(2),

Federal Rules of Bankruptcy Procedure 2016, respectfully applies to this Honorable Court for

approval and payment of supplemental compensation and reimbursement of expenses, as attorney

for Debtors, in the amount of $33,538.16.

Scott Alan Weible, Esq. VSB #75633
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
(703) 754-2093; (703) 754-2093 fax
scott@weible.com
    Counsel for Debtors

1.      Debtors filed their voluntary chapter 13 petition on November 27, 2010.

2.      This is applicant's first application for supplemental fees and expenses.

– – – – – – – – –

3.       Fees in the amount of $3,250.00 for basic chapter 13 services have previously been paid by Debtors or approved for payment through the plan.

4.      Expenses in the amount $750.00, incurred in connection with Debtors' chapter 13 case, not including the related adversary proceeding, have previously been paid by Debtors or approved for payment through the plan.

5.      Applicant currently has on deposit in Applicant's IOLTA Trust Account an additional $100.00, which was deposited by Debtors, pre-petition, to be used in payment of any additional fees or expenses which Debtors might incur in connection with the chapter 13 case.

– – – – – – – – –

6.      No fees for, or expenses related to, any of the services performed to date in connection with adversary proceeding 11-01002-RGM, have been paid by Debtors or approved for payment through the plan.

7.      Applicant currently has on deposit in Applicant's IOLTA Trust Account an additional $3,000.00, which was deposited by Debtors, pre-petition, to be used in payment of any additional fees or expenses which Debtors might incur in connection with the adversary proceeding.

– – – – – – – – –

8.      Applicant's attorneys and staff (specifically, Scott Alan Weible, Esquire, Christine E. Tafur, Esquire and Paralegal Ingrid H. Rosales-Zavala) have performed,

Scott Alan Weible, Esq. VSB #75633
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
(703) 754-2093; (703) 754-2093 fax
scott@weible.com
    Counsel for Debtors

for, on behalf of, and at the specific request of Debtors, all of the professional services for which Applicant now seeks approval of supplemental compensation and expenses.

9.      This application covers the period of October 21, 2010 through May 31, 2011.

10.     The professionals who provided services for which compensation is requested is as follows:

    A.      Scott Alan Weible, Esquire.  Mr. Weible has practiced law since October, 1983, practices regularly before this Court and has approximately 60 cases pending before this Court at this time.  Mr. Weible's practice currently consists of approximately 70% bankruptcy and related matters, and the remainder of his practice consists primarily of civil litigation and estate and probate.  Mr Weible's standard hourly rate is $350.00 until June 1, 2011, when it will be increased to $380.00.  However, for this matter, Applicant agreed to discount Mr. Weible's hourly rate down to $300.00, as a courtesy to Debtors.

    B.      Christine E. Tafur, Esquire.  Ms. Tafur has practiced law since June 1, 2009, practices regularly before this Court and assists Mr. Weible with the cases he has pending before this Court.  Ms. Tafur's practice currently consists of approximately 90% bankruptcy and related matters, and the remainder of her practice consists primarily of civil litigation.  Ms. Tafur's standard hourly rate is $175.00.

    C.      Ingrid H. Rosales-Zavala.  Ms. Rosales-Zavala has worked as a legal assistant and (after obtaining her Paralegal Certificate from George Mason University in Arlington, Virginia in June, 2007) paralegal since June, 2006.  She assists Mr. Weible and Ms. Tafur with the bulk of the cases Applicant has pending before this Court.  Ms. Rosales-Zavala's standard hourly rate is $125.00 until June 1, 2011, when it will be increased to $150.00.

– – – – – – – – – –

11.     During the period covered by this application, in exchange for the $3,250.00 which Debtors agreed to pay (and has already paid) Applicant for all basic necessary chapter 13 services, Applicant has devoted a total of 19.10 hours (9.80 hours by Scott Alan Weible, 5.90 hours by Christine E. Tafur, 4.30 hours by Ingrid H. Rosales

Scott Alan Weible, Esq. VSB #75633
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
(703) 754-2093; (703) 754-2093 fax
scott@weible.com
   Counsel for Debtors

Page 3 of 8

Zavala).  The total fees which Applicants would have billed Debtors for such work, had Applicant billed Debtors by the hour is $4,510.00.  Therefore Debtors received $4,510.00 worth of Applicant's services for $3,250.00.

The basic services performed in Debtors' <u>chapter 13 case</u> for the basic fee of $3,250.00 are described in detail in Exhibit A hereto, and are summarized as follows:

Multiple conferences with Debtors.
Preparation of Debtors' chapter 13 petition and schedules.
Preparation of Debtors' chapter 13 plan and first amended plan.
Preparation of suggestions of bankruptcy.
Preparation for and appearance at Debtors' meeting of creditors
Preparation for and appearance at Debtors' confirmation hearing.
Contact with various of Debtors' creditors.
Resolve garnishment proceedings pending against Joint-Debtor Miriam Hassan.
Multiple contacts with the Attorney for Debtor Mohamed Hassan's ex-wife regarding Debtor's DSO obligations and resolve issues relating to same.
Negotiate with Mr.Giangi, co-owner of real property being surrendered by Debtor Mohamed Hassan, for the surrender of said property.

– – – – – – – – –

12.      During the period covered by this application, Applicant has devoted a total of 11.00 hours (9.80 hours by Scott Alan Weible and 0.30 hours by Ingrid H. Rosales Zavala) to the <u>Additional Services performed in the chapter 13 case,</u> for which Debtors agreed to pay in addition to the basic chapter 13 fees.  The total additional fees for such services is <u>$2,977.50</u>.

The additional services performed in Debtors' <u>chapter 13 case</u> are described in detail in Exhibit A hereto, and are summarized as follows:

13.           Review, discuss with Debtors', prepare answer to, travel to and from and appear at multiple hearings and Court initiated status conference on motion for relief from stay brought by Deutsche Bank.

– – – – – – – – –

Scott Alan Weible, Esq. VSB #75633
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
(703) 754-2093; (703) 754-2093 fax
scott@weible.com
    Counsel for Debtors

14.    During the period covered by this application, Applicant has devoted a total of 118.50 hours (88.30 hours by Scott Alan Weible and 30.20 hours by Ingrid H. Rosales Zavala) to the additional <u>adversary proceeding</u> services for which Debtors agreed to pay in addition to the basic chapter 13 fees.  The total additional fee for such services is <u>$30,265.00</u>.

15.    The additional services performed in Debtors' <u>adversary proceeding</u> are described in detail in Exhibit A hereto, and are summarized as follows:

Research and prepare complaint to set aside foreclosure sale.

Research and prepare service of, and serve, summons, complaint and other initial documents.

Multiple conferences with Plaintiffs about their case.

Prepare Qualified Written Request to Defendants.

Multiple discussions with four separate counsel for Defendants about various matters.

Review and analyze, and research, prepare and file responses to three separate motions for judgment on the pleadings.

Appear on behalf of Plaintiffs at the hearing on Defendants' motions for judgment on the pleadings.

Review, analyze, research, and prepare responses and objections to the separate first set of interrogatories and requests for production of documents of GMAC and Deutsche Bank.  Meetings and conferences with Plaintiffs about the same, collect the documents responsive to same.  Meet and confer with Counsel for Defendants about objections.  Prepare supplemental responses to same and provide supplemental documents responsive to same.

Analyze the Court's ruling on the motions for judgment on the pleadings, research and prepare and serve and file the 1st amended complaint.  Review Defendants' answers to the 1st amended complaint.

Initiate, pursue and obtain settlement of the adversary proceeding.

– – – – – – – – – –

Scott Alan Weible, Esq. VSB #75633
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
(703) 754-2093; (703) 754-2093 fax
scott@weible.com
    Counsel for Debtors

16.    Inasmuch as the hourly rate of Scott Alan Weible, Esquire was already reduced, by agreement with Debtors, by $50.00 per hour (thereby saving Debtors $4,905.00 (98.10 x $50.00)) over the course of the chapter 13 case and adversary proceeding combined) no fees have been written off in the exercise of billing discretion.

– – – – – – – – –

17.    Total expenses for the chapter 13 case are: $845.96.  $750.00 of this amount has been paid by Debtors pre-petition.  Therefore, unpaid expenses in the chapter 13 case are $95.96.  See Exhibit A hereto, and pages 4 and 5 thereof.

18.    Total expenses for the adversary proceeding are: $199.70.  $00.00 of this amount has been paid by Debtors pre-petition.  Therefore, unpaid expenses are $199.70.  See Exhibit B hereto, and pages 8 and 9 thereof.

19.    No expenses have been written off in the exercise of billing discretion.

– – – – – – – – –

20.    Charges have **_not_** been included for preparation and noticing of this fee application and any court appearances related to this application.

21.    Detailed time and expense records for the chapter 13 case are attached as Exhibit A.

22.    Detailed time and expense records for the adversary proceeding are attached as Exhibit B.

– – – – – – – – –

23.    The fee agreement between Applicant and Debtors specifically provides that the basic chapter 13 fee includes the initial plan and one amendment, but that additional amendments to the chapter 13 plan will be billed at Applicant's standard hourly rate, and that all services and costs associated and incurred in connection with the adversary proceeding would be billed in addition to the basic chapter 13 fee.

Scott Alan Weible, Esq. VSB #75633
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
(703) 754-2093; (703) 754-2093 fax
scott@weible.com
    Counsel for Debtors

24.     Applicant specifically discussed with Debtors, before filing of Debtors' chapter 13 case, as well as before filing Adversary Proceeding 11-01002-RGM, that additional fees and costs would be incurred in the prosecution of the lien adversary proceeding, and that the payment of Applicant's supplemental compensation would be very likely to significantly increase Debtors' chapter 13 plan payments.  And, due to the extreme importance to Debtors' of the adversary proceeding, they agreed to pay such fees and expenses.

25.     Applicant has provided Debtors with a copy of this Application before filing it, Debtors have indicated that they have reviewed it thoroughly, and Debtors have advised Applicant that they are in agreement with this Application, endorse it, and request that the Court award Applicant the requested supplemental compensation and expenses.

_ _ _ _ _ _ _ _ _ _

26.     Debtors' plan payments required by the present confirmed plan are not sufficient to pay the requested compensation without reducing the confirmed dividend of 4%. Therefore, Debtors consent to Applicant withdrawing the $3,100.00 now in Applicant's trust account as partial payment for Applicants supplemental compensation and expenses, and to increase their plan payments from $215.00 per month, to $810.00 per month ($595.00 per month), for 52 months, beginning with the August, 2011 payment, in order for the remainder of Applicant's supplemental compensation and expenses, in the total amount of $30,438.16, to be paid as a cost of administration.

WHEREFORE, the undersigned Applicant prays for the entry of an order approving supplemental compensation and reimbursement of expenses as counsel for Debtors in the amount of $33,242.50 for supplemental fees and $295.66 for supplemental expenses; allowing Applicant to forthwith withdraw $3,100.00 from Applicant's trust account in partial payment of said fees and expenses; and ordering that the remaining $30,438.16, to be paid through the plan as an expense of administration.

Scott Alan Weible, Esq. VSB #75633
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
(703) 754-2093; (703) 754-2093 fax
scott@weible.com
Counsel for Debtors

Dated:  June 1, 2011                         Respectfully Submitted.


                                             /s/ Scott Alan Weible                    .
                                             Scott Alan Weible, Esq., VSB #75633
                                             Scott Alan Weible, P.L.L.C.
                                             The Haymarket Professional Building
                                             14540 John Marshall Highway, Suite 201
                                             Gainesville, VA   20155-1693
                                             (703) 754-2092 (Office); (703) 754-2093 (Fax)
                                             scott@weible.com



## CERTIFICATE OF SERVICE

I certify that I have this 1st day of June, 2011, transmitted a true copy of the foregoing application electronically either through the Court's CM/ECF system, or by mail, to the Debtors, the Chapter 13 trustee and the United States Trustee if other than by electronic means is provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of the court, a copy of which is annexed hereto.


                                             /s/ Scott Alan Weible
                                             Scott Alan Weible


Scott Alan Weible, Esq. VSB #75633
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
(703) 754-2093; (703) 754-2093 fax
scott@weible.com
    Counsel for Debtors

# *Law Offices of Scott Alan Weible, P.L.L.C.*
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693

Ph:703-754-2092                    Fax:703-754-2093

Mohamed E. & Miriam A. Hassan                                      June 1, 2011

3500 James Madison Highway
Haymarket, VA
20169 USA

|              |              |
|--------------|-------------:|
| File #:      | 10312.00001  |

**Attention:**                                   Inv  #:              1081

**RE:**        Real Estate and Bankruptcy Litigation.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|------------|-------|--------|--------|
| Oct-21-10 | Basic chapter 13 bankruptcy attorneys fee. | | 3,500.00 | SAW |
| | Courtesy discount to basic chapter 13 attorneys fees. | | -250.00 | SAW |
| | Included In Basic Fee:  Initial Conference with Mr. Hassan. | 1.50 | N/C | SAW |
| Nov-24-10 | Included In Basic Fee:  Review and respond to emails from Mr. Hassan.  Telephone conference with Mr. Hassan. | 0.50 | N/C | SAW |
| | Included In Basic Fee:  Review draft of chapter 13 petition and revise same. | 1.00 | N/C | SAW |
| | Included In Basic Fee: Prepare Schedules A through J, Statement of Financial Affairs, and Means Test for Mr. and Mrs. Hassan's petition. | 1.90 | N/C | CET |
| | Included In Basic Fee: Email to Mr. and Mrs. Hassan regarding additional information needed for preparation of bankruptcy petition. | 0.20 | N/C | CET |
| Nov-27-10 | Included In Basic Fee: Conference with Mr. and Mrs. Hassan to complete petition.  File petition. | 2.90 | N/C | SAW |
| Dec-03-10 | Included In Basic Fee: Prepare Suggestion of Bankruptcy for Mr. and Mrs. Hassan for case with Deutsche Bank. | 0.20 | N/C | CET |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Dec-20-10 | Included In Basic Fee:  Review client documents for 341 Meeting of Creditors.  Scan the same into PDF format for emailing to Trustee. | 0.70 | N/C | PLL |
| Dec-21-10 | Included In Basic Fee:  Correct creditor address for Online Collections. Phone call to verify new address. | 0.40 | N/C | PLL |
| Dec-22-10 | Included In Basic Fee: Correspondence to Mr. and Mrs. Hassan regarding their upcoming 341 Meeting of Creditors and additional documents which are to be submitted to the Trustee prior to their hearing. | 0.10 | N/C | CET |
| Dec-23-10 | Additional Services beyond Basic Fee:   Draft answer to Motion for Relief from Stay by Deutsche Bank Trust Company. | 0.30 | 37.50 | PLL |
| Dec-26-10 | Additional Services beyond Basic Fee:  Conduct final review of Motion for Relief from Stay by Deutsche Bank, complete preparation of answer to Motion for Relief from Stay, and file same. | 1.50 | 450.00 | SAW |
| Jan-03-11 | Included In Basic Fee: Review Mr. and Mrs. Hassan's petition and plan in preparation for 341 Meeting of Creditors. | 0.40 | N/C | CET |
| Jan-04-11 | Included in Basic Fee: Appearance at 341 Meeting of Creditors on behalf of Mr. and Mrs. Hassan, including travel time to and from Alexandria, Virginia. | 3.00 | N/C | CET |
| Jan-05-11 | Included In Basic Fee: Correspondence to Mr. Hassan regarding address for Domestic Support Order as requested by the Trustee at the 341 Meeting of Creditors. | 0.10 | N/C | CET |
| Jan-15-11 | Included In Basic Fee: Review email from Miriam Hassan about the garnishment of her wages due to a lawsuit filed by Midland Funding, research notices provided to Midland Funding and to their attorney, Sarah J. Zeneca of Dominion Law Associates, and prepare emails and notices to Attorney Zeneca demanding statutory damages and cessation of Prince William County General District Court Case No. GV10007355-00, Midland Funding v. Miriam Hassan. | 0.50 | N/C | SAW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-19-11 | Additional Services beyond Basic Fee: Travel 45miles to USBC ED VA to appear in opposition to Deutsche Bank Trust Company Americas' MFRS. | 1.50 | 450.00 | SAW |
| | Additional Services beyond Basic Fee: Prepare for, and appear on behalf of, Mr. and Mrs. Hassan in defense of Deutsche Bank Trust Company Americas, LLC's MFRS, at which Counsel for Movant Deutsche Bank failed to appear and the matter was dismissed for lack of prosecution. | 1.40 | 420.00 | SAW |
| | Additional Services beyond Basic Fee: Travel 45 miles from USBC ED VA back to my office after appearing on the Court's docket as Item 35 in defense against Deutsche Bank Trust Company Americas, LLC's MFRS, at which Counsel for Movant Deutsche Bank failed to appear and the matter was dismissed for lack of prosecution. | 1.00 | 300.00 | SAW |
| Feb-08-11 | Included In Basic Fee: Telephone call from Attorney Sam Burgan (representing Mr. Hassan's former wife, Nahed Soliman) regarding a purported domestic support obligation owed to Ms. Soliman. | 0.20 | N/C | SAW |
| Feb-09-11 | Included In Basic Fee: Travel 45 miles to Court for confirmation hearing. | 1.00 | N/C | SAW |
| | Included In Basic Fee:  Prepare for confirmation hearing and appear at confirmation hearing. | 0.60 | N/C | SAW |
| | Included In Basic Fee: Travel 45 miles back from Court after confirmation hearing. | 0.80 | N/C | SAW |
| Feb-10-11 | Included In Basic Fee: Review file, correspondence from Attorney Burgan, and prepare email to Attorney Burgan in order to confirm if Mr. Hassan is current in his spousal support payments. | 0.90 | N/C | PLL |
| Feb-11-11 | Included In Basic Fee:  E-mail Mrs. Hassan to learn what happened with her garnishment. | 0.20 | N/C | PLL |
| Feb-14-11 | Included In Basic Fee:  E-mail to Mrs. Hassan regarding the garnishment of her wages. | 0.10 | N/C | PLL |
| Feb-17-11 | Included In Basic Fee: Prepare and mail 2010 | 2.00 | N/C | PLL |

|  |  |  |  |  |
|---|---|---|---|---|
|  | income tax reminder letter, prepare answer to Troutman Sanders. |  |  |  |
| May-10-11 | Additional Services beyond Basic Fee: Prepare response to Motion for Relief from Stay. | 1.10 | 330.00 | SAW |
|  | Additional Services beyond Basic Fee: Review email from Mrs. Hassan about the Court's setting of a status hearing on Deutsche Bank's Motion for Relief from Automatic Stay, complete status report and file and serve same. | 0.20 | 60.00 | SAW |
| May-18-11 | Additional Services beyond Basic Fee: Travel 45 miles to USBC ED VA for a Court initiated status conference on Defendants' motion for relief. | 1.20 | 360.00 | SAW |
|  | Additional Services beyond Basic Fee: Appear on Item 148 on Judge Mayer's docket and request continuance, per agreement with Counsel Ostroff, of the status conference to July 20, 2011. | 1.10 | 330.00 | SAW |
|  | Additional Services beyond Basic Fee: Travel 45 miles from USBC ED VA to return to office after Court initiated status conference. | 0.80 | 240.00 | SAW |
| May-24-11 | Telephone call from Mr. Giangi about Lot 109, in Gretna, VA, requesting conveyance of such lot to Mr. Giangi. | 0.30 | N/C | SAW |
| May-27-11 | Review telephone lengthy telephone message from Mr. Giangi regarding the Alta Vista lot he owns with Mr. Hassan and Mr. Giangi's conversation with Trustee Gorman about quit-claiming same to Mr. Giangi.  Confer with Paralegal Zavales about her conversation with Mr. Giangi and instruct her as to further information needed.  Prepare email to Mr. Giangi about same. | 0.50 | N/C | SAW |
|  | Totals | 30.10 | $6,227.50 |  |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Oct-21-10 | CIN Legal Data consumer liability credit report charge. |  | 50.00 |

|            |                                                                                  |        |
|------------|----------------------------------------------------------------------------------|--------|
|            | Pre-petition credit counseling course charge.                                    | 50.00  |
|            | Client income, expense, property and debt inventory service charge.              | 50.00  |
| Nov-27-10  | Chapter 13 filing fee.                                                            | 274.00 |
|            | 341 Meeting of Creditors travel charge.                                          | 90.00  |
|            | 341 Meeting of Creditors parking charge.                                         | 10.00  |
|            | Photocopies of documents required to be maintained by court rules. ($0.15 per page.) | 100.00 |
|            | Confirmation hearing travel charge.                                              | 90.00  |
|            | Confirmation hearing parking charge.                                             | 10.00  |
| Nov-30-10  | Photocopies for chapter 13 plan mailing (18 pages x 31 copies x $0.15)            | 83.70  |
|            | Postage - Chapter 13 plan mailing (31 x $1.22)                                    | 37.82  |
| Feb-17-11  | Postage - Income tax reminder letter to Mr. & Mrs. Hassan.                        | 0.44   |
| May-23-11  | Transfer back to Trust account for erroneous withdrawal from Hassan trust funds on 12/1/10 | 95.52  |

|         |          |
|---------|----------|
| Totals  | $941.48  |

| **Total Fee & Disbursements** | **$7,168.98** |
|-------------------------------|---------------|
| Retainers Applied             | 4,095.52      |

| **Balance Now Due** | **$3,073.46** |
|---------------------|---------------|

TAX ID Number      26-2917244

## PAYMENT DETAILS

| Nov-24-10 | On Account of Fees and Disbursements | 4,000.00 |
|-----------|--------------------------------------|----------|
| Dec-01-10 | On Account of Fees and Disbursements | 95.52    |

| **Total Payments** | **$4,095.52** |
|--------------------|---------------|

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Oct-21-10 | Received From: Mohamed E. & Miriam Hassan On Account of Fees and Disbursements - Basic chapter 13 costs & expenses | | 850.00 |
|  | Received From: Mohamed E. & Miriam Hassan On Account of Fees and Disbursements - Basic chapter 13 attorneys fees | | 3,250.00 |
| Nov-24-10 | Paid To: Law Offices of Scott Alan Weible, P.L.L. On Account of Fees and Disbursements | 4,000.00 | |
| Dec-01-10 | Paid To: Law Offices of Scott Alan Weible, P.L.L. On Account of Fees and Disbursements | 95.52 | |
| May-23-11 | Received From: Law Offices of Scott Alan Weible Transfer back to Trust account for erroneous withdrawal from Hassan trust funds on 12/1/10 | | 95.52 |
|  | Total Trust | $4,095.52 | $4,195.52 |
|  | **Trust Balance** | | **$100.00** |

### *Law Offices of Scott Alan Weible, P.L.L.C.*
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693

Ph:703-754-2092                    Fax:703-754-2093

Mohamed E. & Miriam A. Hassan                                    May 31, 2011

3500 James Madison Highway
Haymarket, VA
20169 USA

|  |  |
|---|---|
| File #: | 10312.00002 |
| **Attention:** | Inv #: | 1080 |

**RE:**    Adversary Proceeding To Set Aside Foreclosure Sale.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-24-10 | Research legal issues relating to Mr. Hassan's desire to oppose his eviction on the grounds of improper foreclosure. | 2.00 | 600.00 | SAW |
| Dec-16-10 | Review notice of appearance of Attorney Cline representing Deutsche Bank Trust Company. Prepare initial inquiry as to Deutsche Bank's inclination to settlement and transmit same to Attorney Cline. | 0.40 | 120.00 | SAW |
| Jan-02-11 | Review documentation provided by Mr. Hassan<br><br>REDACTED<br>and<br>prepare adversary proceeding complaint. | 3.60 | 1,080.00 | SAW |
| Jan-03-11 | Complete complaint to set aside Trustee's foreclosure sale, research Prince William County land records.  File complaint. | 0.80 | 240.00 | SAW |
|  | Research service of process addresses for GMAC Mortgage, LLC; Deutsche Bank Trust Company; ETS of Virginia; and Larry F. Pratt, Trustee, for AP Complaint to Set Aside Foreclosure. | 0.90 | 112.50 | PLL |
|  | Complete service list.  Download recorded documents relating to property located at 3500 James Madison Highway, Haymarket, | 0.80 | 100.00 | PLL |

EXHIBIT B

| | | | | |
|---|---|---|---|---|
| | Virginia, 20169.  Scan documents and file as PDFs. | | | |
| Feb-07-11 | Telephone conference with  Ethan Ostroff, attorney for Deutsche Bank and GMAC. | 0.60 | 180.00 | SAW |
| Feb-08-11 | Conference with Mr. and Mrs. Hassan about the Answer of GMAC and Deutsche Bank and ETS Virginia and<br>                    REDACTED | 0.90 | 270.00 | SAW |
| Feb-16-11 | Prepare Qualified Written Request for mortgage creditors. | 0.50 | 62.50 | PLL |
| Feb-18-11 | Prepare cover letter to Defendants' attorney and Chapter 13 Trustee. | 0.80 | 100.00 | PLL |
| Mar-09-11 | Review emails from Attorney Ostroff regarding what to do with the post-petition payments for Debtors' home listed in the chapter 13 petition, and telephone call to Mr. Ostroff regarding the same. | 0.40 | 120.00 | SAW |
| | Make copies and prepare Answer to Interrogatories from Deutsche Bank Trust Company and GMAC Mortgage. | 0.60 | 75.00 | PLL |
| Mar-10-11 | Telephone conference with Mr. Hassan regarding Defendants' discovery and motions to dismiss. | 0.50 | 150.00 | SAW |
| | Review motion for judgment on the pleadings, notice of motion, and memoranda, amended notice of motion and amended memoranda. Prepare email letter to Attorney Ostroff. | 1.00 | 300.00 | SAW |
| | Prepare responses and objections to discovery propounded by GMAC and Deutsche Bank. | 2.30 | 287.50 | PLL |
| Mar-11-11 | Further preparation of responses and objections to discovery propounded by Defendants GMAC and Deutsche Bank. | 4.80 | 600.00 | PLL |
| Mar-14-11 | File Motion for Judgment on the Pleading and interrogatories in the Hassans' folder. | 0.10 | 12.50 | PLL |
| Mar-17-11 | Calendar hearing on GMAC's, Deutsche Bank's and ETS's motions for judgment on the pleadings and to dismiss party. | 0.10 | 12.50 | PLL |

Invoice #: 1080      Page 3      May 31, 2011
Case 10-19957-RGM    Doc 43    Filed 06/01/11    Entered 06/01/11 17:40:02    Desc Main
Document      Page 17 of 25

| | | | | |
|---|---|---|---|---|
| Mar-26-11 | Review email from Mr. Hassan. Prepare response to request for information from GMAC and Deutsche bank, in connection with settlement discussions. | 0.30 | 90.00 | SAW |
| Mar-28-11 | Further review and analysis of information relating to settlement discussions | 1.70 | 510.00 | SAW |
| | REDACTED | | | |
| | nd submit revised settlement proposal to Attorney Ostroff. | | | |
| Apr-07-11 | Call Mr. Hassan to request documentation for settlement negotiations. | 0.20 | 25.00 | PLL |
| Apr-12-11 | Review emails from Attorney Ostroff requesting settlement information, and responses by the Hassans. Prepare response to Attorney Ostroff. | 0.80 | 240.00 | SAW |
| | Meeting with Mr. and Mrs. Hassan REDACTED . | 1.00 | 300.00 | SAW |
| Apr-13-11 | Calendar review and update for matters pertaining to the Defendants' motions and discovery. | 0.50 | 62.50 | PLL |
| Apr-14-11 | Review and organize information for, and prepare responses and objections to Defendants' discovery requests. | 4.40 | 1,320.00 | SAW |
| | File Motion for Judgment on the Pleading and Notice of Hearing into the Hassans' folder. | 0.10 | 12.50 | PLL |
| Apr-16-11 | Prepare response to the motions for judgment on the pleadings of Deutsche Bank, GMAC and ETS. | 5.00 | 1,500.00 | SAW |
| Apr-17-11 | Prepare and revise Plaintiffs' oppositon to the motions for judgment on the pleadings of Defendants Deutsche Bank Trust Company Americas, GMAC Mortgage, LLC and ETS OF VIRGINIA, INC. | 4.50 | 1,350.00 | SAW |
| Apr-18-11 | Telephone call to Mr. Hassan. Prepare and complete memorandum in opposition to Motions for Judgment on the Pleadings. | 0.90 | 270.00 | SAW |
| | Prepare final memorandum in opposition to motions for judgment on the pleadings, and related exhibits for filing. | 6.00 | 1,800.00 | SAW |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Apr-19-11 | Complete Plaintiffs' opposition to Defendants' motions for judgment on the pleadings and file and serve same. | 1.30 | 390.00 | SAW |
| | Assist Mr. Weible with the filing of the Hassan's responses to the motions for judgment by GMAC, Deutsche Bank and ETS. | 1.30 | 162.50 | PLL |
| Apr-20-11 | Organize the Hassans' file and make labels for new folders. | 1.30 | 162.50 | PLL |
| Apr-21-11 | Prepare responses and objections to DBTCA's and GMAC's first set of interrogatories and requests for production of documents. | 6.00 | 1,800.00 | SAW |
| | Review email from Attorney Ostroff about Plaintiffs' memorandum in support of their opposition to Defendants' motions to dismiss and for judgment on the pleadings, and respond. | 0.50 | 150.00 | SAW |
| | Finish organizing the Hassans' file. | 0.60 | 75.00 | PLL |
| Apr-22-11 | Complete preparation of responses and objections to DBTCA's and GMAC's first set of interrogatories and requests for production of documents.  Review two additional emails from Attorney Ostroff regarding DBTCA's and GMAC's footnote 1 in their motions for judgment and Plaintiffs Section III-Damages in response thereto. | 3.10 | 930.00 | SAW |
| | Continue preparation of Plaintiffs' responses to Defendants first set of interrogatories and requests for production of documents. | 3.70 | 1,110.00 | SAW |
| | Scan and print documents for Hassans' responses and objections to Defendants' discovery requests. | 1.60 | 200.00 | PLL |
| Apr-24-11 | Review, analyze and prepare response to Defendants' Joint Reply Brief in Support of Their Motions For Judgment on the Pleadings and to Strike Portions of Certain Exhibits, etc. | 1.00 | 300.00 | SAW |
| Apr-25-11 | Copy and mail final copy of Plaintiffs' responses to Defendants' discovery to Plaintiffs. | 0.40 | 50.00 | PLL |
| Apr-26-11 | Travel 45 miles to the hearing on Defendants GMAC's, Deutsche Bank's and ETS's motions | 2.00 | 600.00 | SAW |

|  |  |  |  |  |
|---|---|---|---|---|
|  | for judgment on the pleadings and to dismiss party. |  |  |  |
|  | Prepare for hearing on Defendants GMAC's, Deutsche Bank's and ETS's motions for judgment on the pleadings and to dismiss party. | 0.80 | 240.00 | SAW |
|  | Appear at hearing on Defendants GMAC's, Deutsche Bank's and ETS's motions for judgment on the pleadings and to dismiss party. | 4.50 | 1,350.00 | SAW |
|  | Travel from the hearing on Defendants GMAC's, Deutsche Bank's and ETS's motions for judgment on the pleadings and to dismiss party. | 1.00 | 300.00 | SAW |
|  | Research legal issues relating to trial and pre-trial hearing and scheduling. | 0.50 | 62.50 | PLL |
| Apr-27-11 | Finish research regarding trial and pre-trial hearings and requirements. | 1.00 | 125.00 | PLL |
| Apr-28-11 | Telephone call to Mr. and Mrs. Hassan to schedule meeting to discuss discovery matters. | 0.10 | 30.00 | SAW |
| Apr-29-11 | File letter from Mr. Hassan and proof of claim for Hassans into the Hassans' folder | 0.10 | N/C | PLL |
| Apr-30-11 | Review 5 emails received from Attorney Ostroff about discovery and other matters, REDACTED | 0.50 | 150.00 | SAW |
|  | Meet with Mr. and Mrs. Hassan. | 1.50 | N/C | SAW |
| May-01-11 | Review multiple emails from Attorney Ostroff, review tardy notice of depositions for Mr. and Mrs. Hassan. Prepare email to Attorney Ostroff and Attorney Lynch advising them that Plaintiffs will be submitting a motion for a prortective order today. Prepare motion for protective order, memorandum in support thereof and notice of hearing on said motion. | 2.70 | 810.00 | SAW |
| May-02-11 | Review deposition notices; telephone call to Mrs. Hassan REDACTED prepare email to Attorney Ostroff | 1.30 | 390.00 | SAW |

|  |  |  |  |  |
|---|---|---|---|---|
|  | advising Counsel of Mrs. Hassan's availability, tentatively accepting Counsel's offer to hold her deposition here; telephone call from Mrs. Hassan; prepare further email to Attorney Ostroff confirm Mrs. Hassan's availability. |  |  |  |
|  | Review Attorney Ostroff's email sent on Friday, 4/29/2011, regardiing Plaintiffs' response to interrogatory 20 regarding attorneys fees, review Plaintiffs' response to said interrogatory and the Deed of Trust which Attorney Ostroff seems to refer to, and prepare response to Attorney Ostroff's demand that Plaintiffs amend their response to withdraw Plaintiff's demand for attorneys fees and costs incurred herein. | 0.50 | 150.00 | SAW |
| May-03-11 | Review notes of hearing on Defendants' motions for judgment on the pleadings and prepare first amended complaint. | 6.50 | 1,950.00 | SAW |
| May-04-11 | Further research of relevant recorded documents, research regarding prepare first amended complaint. | 3.00 | 900.00 | SAW |
| May-06-11 | Prepare Withdrawal of Motion for Protective Order. | 0.30 | 90.00 | SAW |
| May-09-11 | Further research regarding and complete first amended complaint and exhibits.  File and serve first amended complaint. | 2.70 | 810.00 | SAW |
|  | Scan and prepare exhibits for the first amended complaint. | 1.30 | 162.50 | PLL |
| May-10-11 | Review email from Mrs. Hassan about REDACTED | 0.20 | 60.00 | SAW |
|  | Prepare the Request for Alias Summons REDACTED | 0.30 | 37.50 | PLL |
| May-12-11 | Review email from Attorney Ostroff regarding various matters and respond. | 0.30 | 90.00 | SAW |
|  | Prepare supplemental responses to Defendants' discovery requests. | 0.80 | 240.00 | SAW |
|  | Bates Stamp documents for the Hassans' sdversary proceeding matter. (197 pages) | 3.00 | 375.00 | PLL |

| May-13-11 | Prepare supplemental discovery responses. Review emails from and to Attorney Ostroff. | 1.80 | 540.00 | SAW |
|---|---|---|---|---|
| | Prepare documents to be sent to Ethan Ostroff of Troutman Sanders LLP. | 2.40 | 300.00 | PLL |
| May-16-11 | Prepare supplement responses to Defendants' first set of interrogatories and requests for production of documents. | 5.30 | 1,590.00 | SAW |
| May-17-11 | Prepare and complete supplemental responses to Defendants GMAC's and Deutsche Banks's first set of interrogatories and requests for production of documents. | 1.80 | 540.00 | SAW |
| | Prepare service of the Supplemental Responses to GMAC Mortgage and Deutsche Bank. Organize the Hassans' folder. | 1.70 | 212.50 | PLL |
| May-18-11 | Research Court requirements for preparing exhibit list for the Hassan v. Deutsche Bank case, and prepare same. | 1.30 | 162.50 | PLL |
| May-19-11 | Review message from Attorney Ostroff about accepting Mr. and Mrs. Hassan's settlement offer.  Return telephone call to Attorney Ostroff about his message concerning settlement.  Telephone call to Mr. Hassan | 0.50 | 150.00 | SAW |

REDACTED

| | Prepare email to Attorney Ostroff confirm Plaintiffs' agreement to the settlement. | | | |
|---|---|---|---|---|
| May-20-11 | Review email from Attorney Ostroff about the parties' pending settlement and related discovery matters, telephone call to Trustee Gorman about same, prepare motions to suspend discovery pending completion of settlement. | 0.80 | 240.00 | SAW |
| | Review various emails from Attorney Ostroff about settling this matter and staying all discovery pending the settlement being approved, reply with copies to Trustee Gorman.  Telephone calls to and from Trustee Gorman and Attorney Ostroff.  Revise Joint Motion and proposed Order and file same. | 1.20 | 360.00 | SAW |
| | Telephone call from Attorney Ostroff about | 0.40 | 120.00 | SAW |

|  |  |  |  |  |
|---|---|---|---|---|
|  | continuing the Hassan's deposition and the settlement procedure. |  |  |  |
|  | Organize the Hassans' file. | 0.90 | 112.50 | PLL |
| May-22-11 | Review telephone message from Mr. Hassan and prepare report | 0.80 | 240.00 | SAW |
|  | REDACTED |  |  |  |
| May-23-11 | Review message from Judge Mayer's Assistant, Barbara Miller, regarding the parties' proposed order staying the adversary proceeding, review the Court Order denying the motion to stay the adversary proceedings but continuing the deadlines in the initial scheduling order, prepare email to Attorney Ostroff, copying Trustee Gorman, confirming the removal of Plaintiffs' depositions, scheduled for today, May 23, 2011, and offering cooperation and assistance to get the settlement documents prepared and submitted to the Court, and Trustee Gorman for approval. | 0.20 | 60.00 | SAW |
| May-24-11 | Finish organizing the Hassans' discovery folder. | 0.90 | 112.50 | PLL |
| May-31-11 | Telephone call to Judge Mayer's chambers regarding continuation of the date set for the Final PreTrial conference from June 13, 2011 to July 11, 2011, and telephone call from Judge Mayer's chambers about the same. Prepare Order continuing the Final Pretrial Conference from June 13, 2011 to July 11, 2011, and serve and BOPS the same. | 0.60 | 180.00 | SAW |
|  | Prepare and complete 1st Application for Supplemental Compensation and Reimbursement of Expenses. | 3.00 | N/C | SAW |
|  | Totals | 125.80 | $31,075.00 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jan-03-11 | On-line printing charges from PWC Circuit Court for Deeds, Trusts, & Trustees Sale. | 33.50 |

Case 10-19957-RGM    Doc 43    Filed 06/01/11    Entered 06/01/11 17:40:02    Desc Main
Document      Page 23 of 25

| Date | Description | Amount |
|---|---|---|
| Jan-10-11 | Photocopies - Adversary proceeding mailing (8 x 23 pages x $0.15) | 27.60 |
| | Photocopies - Adversary proceeding mailing (8 x 3 pages x $0.15) | 3.60 |
| | Postage - Adversary proceeding (6 first-class @ $1.39) | 8.34 |
| | Postage - Hassan adversary proceeding mailing (2 certified mail x $1.22 + $2.30 + $2.80) | 9.86 |
| | Postage - Adversary proceeding ($1.39 first-class postage on 2 certified mailings) | 2.78 |
| Mar-09-11 | Photocopies of Answer to Interrogatories and request for production of documents to Plaintiffs for Deutsche Bank Trust Company Americas and GMAC Mortgage, LLC. (66 pages x $0.15) | 9.90 |
| Apr-14-11 | Pacer download charges for DBTCA motion papers | 6.08 |
| | Pacer download charges for GMAC motion papers | 6.08 |
| | Pacer download charges for ETS motion papers | 6.08 |
| Apr-18-11 | Pacer download charges for EFS of VA, Inc., motion papers | 6.08 |
| Apr-22-11 | Postage - Priority Mail & Delivery Confirmation to mail responses and objections to interrogatories to Attorneys Ostroff and Lunch | 4.97 |
| Apr-30-11 | Postage - Verifications of Interrogatory Responses | 0.61 |
| May-13-11 | Photocopies of 2010 and 2011 bank statements to be mailed to opposing counsel in the adversary proceeding matter (149 pages x $0.15) | 22.35 |
| | Courier - Federal Express requested documents to Troutman Sanders LLP for interrogatories | 25.00 |
| May-17-11 | Postage to mail supplemental responses to interrogatories to Troutman Sanders LLP (Priority Mail with delivery confirmation) | 4.97 |
| | Photocopies of supplemental responses and cover letter to Deutsche Bank and GMAC Mortgage (73 pages x 2 copies x $0.15) | 21.90 |
| | Totals | $199.70 |

**Total Fee & Disbursements**                                    **$31,274.70**

**Balance Now Due**                                              **$31,274.70**

TAX ID Number       26-2917244

## TRUST STATEMENT

| | | Disbursements | Receipts |
|---|---|---|---|
| Oct-21-10 | Received From: Mohamed E. & Miriam Hassan<br>On Account of Fees and Disbursements - Fees AP<br>- Set Aside Void Foreclosure | | 900.00 |
| Nov-27-10 | Received From: Mohamed E. & Miriam A. Hassan<br>On Account of Fees and Disbursements -  For AP<br>to Void Foreclosure | | 2,100.00 |
| | Total Trust | $0.00 | $3,000.00 |
| | **Trust Balance** | | **$3,000.00** |