# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Mohamed E Hassan / Miriam A Hassan**, Debtor(s)

Case No. **10-19957**
Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. **[If applicable: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on ____.*]**
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as Exempt
- ☐ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☐ Creditor(s) added    ☐ Creditor(s) deleted
  - ☐ Change in amounts owed or classification of debt
  - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☒ Schedule I - Current Income of Individual Debtor(s)
- ☒ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **July 10, 2011**

/s/ **Scott Alan Weible, Esq.**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **75633**
Mailing Address: **Scott Alan Weible, P.L.L.C.**
**The Haymarket Professional Building**
**14540 John Marshall Highway, Suite 201**
**Gainesville, VA 20155-1693**
Telephone No.: **703-754-2092**

I, **Mohamed E Hassan, Miriam A Hassan** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **July 10, 2011**
/s/ **Mohamed E Hassan**
/s/ **Miriam A Hassan**

[amendcs ver. 10/2007]

**B6I (Official Form 6I) (12/07)**

In re **Mohamed E Hassan / Miriam A Hassan**     Debtor(s)     Case No. **10-19957**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter / Son / Mother** | AGE(S): **20 / 23 / 82** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Teacher Assistant** | **Operation Support Coordinator** |
| Name of Employer | **George Mason University** | **DeVry University** |
| How long employed | **One year 6 month** | **1 year 6 months** |
| Address of Employer | **4400 University Drive, Fairfax, VA 22030** | **One Tower Lane, Oakbrook Terrace, IL 60181** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 1,500.00 | $ 3,433.34 |
| 2. Estimate monthly overtime | $ 0.00 | $ 21.45 |
| 3. SUBTOTAL | $ 1,500.00 | $ 3,454.79 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 26.84 | $ 402.07 |
|    b. Insurance | $ 0.00 | $ 232.57 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify) **See Detailed Income Attachment** | $ 0.00 | $ 222.91 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 26.84 | $ 857.55 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,473.16 | $ 2,597.24 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **See Detailed Income Attachment** | $ 8,500.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 8,500.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 9,973.16 | $ 2,597.24 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 12,570.40 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Due to the closing of Mr. Hassan's engineering company in 2007, his income dropped. Since that time he has been developing his private architectural clientele and his income has been steadily increasing. He also teaches Engineering at NOVA. The combined additional income from these sources represents the business income reported on line 13.**

B6I (Official Form 6I) (12/07)

In re **Mohamed E Hassan**
**Miriam A Hassan**                                                                  Case No. **10-19957**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| **Dependent Life Insurance** | $ **0.00** | $ **23.51** |
| **Short Term Disability** | $ **0.00** | $ **3.16** |
| **Supplemental Life** | $ **0.00** | $ **23.49** |
| **401(K)** | $ **0.00** | $ **172.75** |
| **Total Other Payroll Deductions** | $ **0.00** | $ **222.91** |

**Other Monthly Income:**

| | | |
|---|---:|---:|
| **Engineering Consulting Services** | $ **4,000.00** | $ **0.00** |
| **Imam for Prince William Islamic Center** | $ **3,500.00** | $ **0.00** |
| **Contribution from Debtors' Son** | $ **500.00** | $ **0.00** |
| **Contribution from Debtors' Daughter** | $ **500.00** | $ **0.00** |
| **Total Other Monthly Income** | $ **8,500.00** | $ **0.00** |

B6J (Official Form 6J) (12/07)

In re **Mohamed E Hassan**
**Miriam A Hassan**
Debtor(s)

Case No. **10-19957**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 5,094.63 |
| a. Are real estate taxes included? | Yes ___   No **X** | |
| b. Is property insurance included? | Yes ___   No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 500.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 185.00 |
| d. Other  **See Detailed Expense Attachment** | | $ 459.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 1,000.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 200.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 250.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Real Property Taxes** | | $ 800.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 400.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 9,938.63 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 12,570.40 |
| b. | Average monthly expenses from Line 18 above | $ 9,938.63 |
| c. | Monthly net income (a. minus b.) | $ 2,631.77 |

**B6J (Official Form 6J) (12/07)**

In re  **Mohamed E Hassan**
       **Miriam A Hassan**
                                                                                            Case No.  **10-19957**
                                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cell telephone** | $ **300.00** |
| **Internet & Cable TV** | $ **159.00** |
| **Total Other Utility Expenditures** | $ **459.00** |

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Mohamed E Hassan**
     **Miriam A Hassan**
                             Debtor(s)

Case No.  **10-19957**
Chapter  **13**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date **July 10, 2011**  Signature **/s/ Mohamed E Hassan**
                                                 **Mohamed E Hassan**
                                                 Debtor

Date **July 10, 2011**  Signature **/s/ Miriam A Hassan**
                                                 **Miriam A Hassan**
                                                 Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571