UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In the matter of:** | Case No: 10-19957-RGM |
| MOHAMED E. HASSAN, and<br>MIRIAM A. HASSAN | Chapter 13 |
| Debtors. | |
| MOHAMED E. HASSAN and,<br>MIRIAM A. HASSAN, | APN: 11-01002-RGM |
| Plaintiffs, | |
| v. | |
| DEUTSCHE BANK TRUST COMPANY<br>AMERICAS AS TRUSTEE FOR RALI2006QA7,<br>GMAC MORTGAGE, LLC,<br>ETS OF VIRGINIA, INC, as Substitute Trustee, and<br>LARRY F. PRATT, | |
| Defendants. | |

### NOTICE OF MOTION AND NOTICE OF HEARING OF MOTION TO WITHDRAW

**YOU ARE HEREBY NOTIFIED** that counsel for Debtors, Scott Alan Weible, Esquire, has filed a Motion to Withdraw as Counsel.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **May 16, 2012**, you must:

_X_    File with the court, at the address below, a written response pursuant to Local Rule 9013-1-(H).  If you mail your response to the court for filing, you must mail it early enough for the court to receive it on or before the date stated above.

      Clerk of Court
      United States Bankruptcy Court
      200 South Washington Street
      Alexandria, VA 22314-5405

You must also mail a copy of your response to:

      Scott Alan Weible, Esquire
      Scott Alan Weible, P.L.L.C.
      The Haymarket Professional Building
      14540 John Marshall Highway, Suite 201
      Gainesville, VA   20155-1693


_X_    Attend the hearing to be scheduled on **May 23, 2012**, at 9:30 a.m. in Judge Mayer's Courtroom in the United States Bankruptcy Court for the Eastern District of Virginia located at 200 South Washington Street, Third Floor, Courtroom III, Alexandria, VA, 22314-5405.

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

      Respectfully Submitted,


Date: April 30, 2012   By: /s/ Scott Alan Weible
      Scott Alan Weible, Esq., VSB #75633
      Christine E. Tafur VSB, #77870
      Scott Alan Weible, P.L.L.C.
      The Haymarket Professional Building
      14540 John Marshall Highway, Suite 201
      Gainesville, VA   20155-1693
      (703) 754-2092; (703) 754-2093 Fax
      scott@weible.com
      c.tafur@weible.com


### CERTIFICATE OF SERVICE

  I certify that I have this 30th day of April, 2012, caused to be transmitted a true copy of the foregoing Notice of Motion and Notice of Hearing on Motion to Withdraw electronically either through the Court's CM/ECF system, or by mail as set forth below to the Debtors Mohamed E. Hassan and Miriam A. Hassan and the Chapter 13 trustee, if other than by electronic means is provided for at Local Bankruptcy Rule 2002-1(d)(3).  In addition, this day I

have transmitted a true and correct copy of the foregoing Notice of Motion and Notice of Hearing on Motion to Withdraw to all creditors and parties in interest on the mailing matrix maintained by the clerk of the court, by first class U.S. Mail.

Thomas P. Gorman, Esquire
Chapter 13 Trustee
300 N. Washington St. Suite 400
Alexandria, VA 22314
tgorman@chapter13alexva.com

Mohamed E. Hassan
3500 James Madison Highway
Haymarket, VA 20169

Miriam A. Hassan
3500 James Madison Highway
Haymarket, VA 20169

/s/ Scott Alan Weible