## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re: | |
| MOHAMED E. HASSAN and MIRIAM A. HASSAN, | Case No. 10-19957-RGM (Chapter 13) |
| Debtors. | |

### ORDER

THIS CASE is before the court *sua sponte*, to restrict access to the letter filed by the debtors (Docket Entry 133). The documents contained certain personal identifying information. It appearing proper to do so, it is

ORDERED that the clerk shall forthwith restrict public electronic access to Docket Entry 133.

DONE at Alexandria, Virginia, this 9th day of May, 2012.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Scott Alan Weible

Copy mailed to:

Mohamed E. Hassan
Miriam A. Hassan
3500 James Madison Highway
Haymarket, Virginia 20169

17726